IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MADALYN SAMUEL SELLERS,      )
                             )
        Plaintiff,           )
                             )
v.                           )   CIVIL ACTION NO.  2:13cv795-MHT
                             )                (WO)
PATRICK R. DONAHOE,          )
                             )
        Defendant.           )

**O R D E R**

On December 12, 2013, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.   Upon an independent and de novo review of the file in this case and upon consideration of the recommendation of the magistrate judge, it is ORDERED as follows:

(1)     The magistrate judge's recommendation  (Doc. # 12) is adopted.

(2)     Defendant's motion to dismiss (doc. # 10) is denied.

(3)     Defendant's alterative motion to transfer (Doc. # 10) is granted.

(4)     This case is transferred to the United States District Court for the Northern District of Georgia.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

Done this the 3rd day of January, 2014.

  /s/ Myron.  H.  Thompson
MYRON H. THOMPSON
SENIOR UNITED STATES DISTRICT JUDGE